NUMBER
13-10-00186-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

LEONARD
WAYNE WHITE,                                                         Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                          On
appeal from the 252nd District Court 

of Jefferson County,
Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

Before Chief Justice Valdez and
Justices Yañez and Garza

Memorandum Opinion
Per Curiam

 

Appellant,
Leonard Wayne White, was convicted of injury to a child, elderly or disabled individual. 
On March 22, 2010, appellant filed a notice of appeal by and through his appointed
counsel.  Appellant’s counsel has filed a motion to dismiss the appeal. 
According to the motion, appellant has been reinstated on probation and no
longer desires to appeal.  Counsel has tried several times to get appellant to
sign the motion to dismiss, but appellant has failed to keep his appointments. 
Counsel states that appellant is not concerned about his appeal because his
sentence was reconsidered by the judge and he was placed back on probation.

Although
no written motion has been filed in compliance with Rule 42.2(a) of the Texas
Rules of Appellate Procedure, we conclude that good cause exists to suspend the
operation of Rule 42.2(a) in this case in accordance with Rule 2.  See Tex. R. App. P. 2.  Based upon
counsel’s sworn statements, counsel’s motion is granted and the appeal is
DISMISSED.    

PER
CURIAM

Do not publish.  

Tex. R. App.
P. 47.2(b).  

Delivered and filed the

5th day of August, 2010.